# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 02-4715

PLAINTIFF:
Cement Masons' Union Local No. 592 Pension Fund, et al.

vs.

DEFENDANT:
Net Construction, Inc., and Christopher Colletti

For:
Marc Gelman, Esquire
Jennings Sigmond
The Penn Mutual Towers 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

Received by TALONE & ASSOCIATES to be served on **NET CONSTRUCTION, Inc., 1130 Church Road, Wyncote, PA 19095**.

I, Walt Thomas, being duly sworn, depose and say that on the **23rd day of November, 2002 at 12:00 pm**, I:

**SUBSTITUTE SERVED** BY LEAVING A TRUE AND CORRECT COPY OF THIS **Summons & Complaint** AT THE WITHIN NAMED PERSON'S USUAL PLACE OF BUSINESS, TO A PERSON THEREIN WHO IS 18 YEARS OF AGE OR OLDER AND WAS IN CHARGE AT THE TIME, AND/OR AUTHORIZED TO ACCEPT, BEING: **Christopher Colletti**, TITLE: **Owner of Net Construction, Inc.** AND INFORMING SAID PERSON OF THE CONTENTS THEREOF.

**Additional Information pertaining to this Service:**
The recipient was cooperative and the telephone-number is 215-885-4651.

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

Walt Thomas
Process Server

Subscribed and Sworn to before me on the 25th day of November, 2002 by the affiant who is personally known to me.

NOTARY PUBLIC

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2002003474

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

cm592F
23560

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 02-4715

PLAINTIFF:
**Cement Masons' Union Local No. 592 Pension Fund, et al.**
vs.
DEFENDANT:
**Net Construction, Inc., and Christopher Colletti**

For:
Marc Gelman, Esquire
Jennings Sigmond
The Penn Mutual Towers 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

Received by TALONE & ASSOCIATES to be served on **Christopher Colletti, 1130 Church Road, Wyncote, PA 19095**.

I, Walt Thomas, being duly sworn, depose and say that on the **23rd day of November, 2002 at 12:00 pm, I:**

**Individually Served** the within named person with a true copy of the **Summons & Complaint** with the date and hour endorsed thereon by me, pursuant to state statutes.

**Additional Information pertaining to this Service:**
The recipient was cooperative and the telephone-number is 215-885-4651.

**Description** of Person Served: Age: 40+, Sex: M, Race/Skin Color: Caucasian, Height: 6'0, Weight: 210, Hair: Brown, Glasses: Y

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

**Walt Thomas**
Process Server

Subscribed and Sworn to before me on the 25th day of November, 2002 by the affiant who is personally known to me.

NOTARY PUBLIC

**TALONE & ASSOCIATES**
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2002003475

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f