IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CEMENT MASONS' UNION LOCAL NO. 592 PENSION FUND, CEMENT MASONS' UNION LOCAL NO. 592 WELFARE FUND, GENERAL BUILDING CONTRACTORS ASSOCIATION, INC. INDUSTRY ADVANCEMENT PROGRAM, CEMENT MASONS' UNION LOCAL NO. 592 POLITICAL ACTION COMMITTEE, CEMENT MASONS' UNION LOCAL NO. 592 JOINT APPRENTICESHIP TRAINING FUND, CEMENT MASONS' UNION LOCAL 592 OF PHILADELPHIA, PA. and MIKE FERA | CIVIL ACTION |
| v. | |
| NET CONSTRUCTION, INC. and CHRISTOPHER COLLETTI and NOBIS SHIPPING GMBH | NO. 02-4715 |

**O R D E R**

**AND NOW,** this ____ day of January, 2003, upon consideration of plaintiffs' Motion to Extend Time to Serve Summons and Complaint (Doc. #3), and in the absence of any timely response thereto, **IT IS HEREBY ORDERED** that said Motion is **GRANTED** and the service of process effected on November 23, 2002 is thereby timely.

**BY THE COURT:**

_____
**JAY C. WALDMAN, J.**