# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: CA 02-4715

PLAINTIFF:
**Cement Masons' Local No. 592 Pension Fund, et al**

vs.

DEFENDANT:
**Net Construction, Inc. and Christopher Colletti**

For:
Shelley R. Goldner, Esquire
Jennings Sigmond
The Penn Mutual Towers
510 Walnut Street, 16th Floor
Philadelphia, PA 19106-3683

Received by TALONE & ASSOCIATES on the 14th day of July, 2004 at 11:42 am to be served on **WACHOVIA BANK f/k/a First Union Bank - 399 Market Street, Philadelphia PA 19106.**

I, Stephen Breese, being duly sworn, depose and say that on the **14th day of July, 2004** at **3:00 pm, I:**

Served the within named Corporation by delivering a true copy of the **Writ of Execution, Writ of Execution Notice, and Interrogatories in Attachment** to Joan McCrossen as Legal Processor of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Recipient was cooperative and stated that the contact was Mary Gledhill - Senior Legal Processor, 267-321-3577.

**Description** of Person Served:  Age: 60,  Sex: F,  Race/Skin Color: Caucasian,  Height: 5'5",  Weight: 125,  Hair: Blonde,  Glasses: N

I am over the age of 18 and have no interest in the above action.

Stephen Breese
Process Server

Subscribed and Sworn to before me on the 14th day of July, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAVID W. HAHN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 7, 2007

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2004002780
Ref: 136975-1

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f