# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CEMENT MASONS' LOCAL NO. 592 PENSION FUND, et al. | : |
| | : |
| | : CIVIL ACTION |
| Plaintiffs | : |
| | : NO.: 02-4715 |
| v. | : |
| NET CONSTRUCTION, INC. and CHRISTOPHER COLLETTI | : |
| Defendants | : |
| and | : |
| WACHOVIA BANK, f/k/a FIRST UNION BANK | : |
| Garnishee | : |

## PRAECIPE TO DISSOLVE ATTACHMENT AGAINST GARNISHEE WACHOVIA BANK f/k/f FIRST UNION BANK

TO THE CLERK:

Kindly dissolve the attachment against Garnishee, Wachovia Bank, f/k/a First Union Bank in the above-captioned matter.

JENNINGS SIGMOND, P.C.

By:   s/ SHELLEY R. GOLDNER
SHELLEY R. GOLDNER (I.D. NO.: 32896)
510 Walnut Street, Suite 1600
Philadelphia, PA 19106-3683
(215) 351-0644

Date: July 30, 2004

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM

138750-1