IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CEMENT MASONS' LOCAL NO. 592 PENSION FUND, *et al.* : <br> : <br> Plaintiffs : <br> : <br> v. : <br> : <br> NET CONSTRUCTION, INC. : <br> and : <br> CHRISTOPHER COLLETTI : <br> : <br> Defendants : | CIVIL ACTION <br><br> NO.: 02-4715 |

### WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Sanford G. Rosenthal, Esquire as counsel for Plaintiffs in the above-captioned matter.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:  s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA  19106-3683
(215) 351-0674

Date: April 23, 2008

195007