IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CEMENT MASONS' LOCAL NO. 592 PENSION FUND, *et al.* | : <br> : <br> : CIVIL ACTION <br> Plaintiffs  : <br> : NO.: 02-4715 <br> v.  : <br> : <br> NET CONSTRUCTION, INC. <br> and  : <br> CHRISTOPHER COLLETTI  : <br> : <br> : <br> Defendants  : |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Judith A. Sznyter, Esquire, as counsel for the Plaintiffs in the above-captioned matter.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:  s/ Judith A. Szynter
JUDITH A. SZYNTER
Bar No. 91135
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA  19106-3683
(215) 351-0641

Date: April 23, 2008

193235-1