## CERTIFICATE OF SERVICE

I, JUDITH SZNYTER, Esquire, state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance to be served electronically via the CM/ECF System or acceptable electronic mail and/or placed in the U.S. mail with postage for first class delivery and/or fax on the date set forth below addressed to:

Christopher Colletti, President
Net Construction, Inc.
1130 Church Road
Wyncote, PA 19095

s/ Judith A. Sznyter
JUDITH A. SZNYTER

Date: April 23, 2008

195007