IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CEMENT MASONS' LOCAL NO. 592 PENSION FUND, *et al.* | : |
| Plaintiffs | : CIVIL ACTION |
| | : NO.: 02-4715 |
| v. | : |
| NET CONSTRUCTION, INC. and CHRISTOPHER COLLETTI | : |
| Defendants | : |

## REQUEST FOR WRIT OF REVIVAL OF JUDGMENT AGAINST NET CONSTRUCTION, INC. and CHRISTOPHER COLLETTI

TO:   Michael E. Kunz, Clerk
       United States District Court
       2609 U.S. Courthouse
       601 Market Street
       Philadelphia, PA 19106

Please issue a Writ of Revival of Judgment entered on July 10, 2003, and indexed in the Judgment Index against NET CONSTRUCTION, INC. and CHRISTOPHER COLLETTI in the amount of $7,569.50 plus interest from July 1, 2003, as provided by 29 U.S.C. §1132(g)(2) and 26 U.S.C. §6621.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

_____
JUDITH A. SZNYTER (ID NO. 91135)
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0641
Attorney for Plaintiffs

Dated: 6/9/08

195178.1